**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>         vs.<br><br>KARLA MARLENE MARTINEZ-PEREZ(1),<br><br>                      Defendant. | CASE NO. 11CR5141-IEG<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case 11CR5522-IEG against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

21:952 and 960

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 12/6/2011

                                                Barbara L. Major
                                               U.S. Magistrate Judge